UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:08-cr-00011-RLY-CSW |
| | ) |
| MICHAEL GREEN | ) |
| a/k/a SHY TOWN MIKE | ) |
| a/k/a GREASY MIKE | ) |
| a/k/a LEGEND | ) |
| a/k/a CHICAGO MIKE, | ) -01 |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

On January 24, 2024, the Court held an Initial hearing on the USPO Petition for Warrant for Offender Under Supervision (Docket No. 44).  Defendant Green appeared in person and with Counsel David Lamont.  The government appeared by Matthew Miller, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Justin Driskill.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 50). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Green of his rights and provided him with a copy of the petition. Defendant waived his rights to an identity hearing and to a preliminary hearing.

2. The government orally moved to withdraw violation numbers 1 and 3. After being placed under oath, Defendant Green admitted violation number 2. (Docket No. 44).

3. The allegations as fully set forth in the petitions, are:

**Violation Number**   **Nature of Noncompliance**

2   **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, or distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."**

On December 22, 2023, Mr. Green submitted a urine sample for testing, with the results being positive for cannabinoids. During the sample collection, he attempted to tamper with the drug screen by submitting urine concealed in a pill bottle from his pocket. At the time of testing, Mr. Green indicated he would be positive for THC.

As previously reported to the Court, Mr. Green tested positive for cannabinoids on June 23, 2021.

4. The Parties stipulated that:

(a) The highest grade of violation is a Grade **B** violation.

(b) Defendant's criminal history category is **IV**.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **6-12** months imprisonment.

5.     The Parties jointly requested a sentence of six (6) months with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with no further supervision, upon release from imprisonment.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties elected to waive the fourteen (14) day period to object to the Report and Recommendation.

Date:  January 26, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.